IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REAGAN PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  1:13cv848-WHA |
| ) | (wo) |
| FRED'S STORES OF TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Final Judgment is entered in favor of the Defendant Fred's Stores of Tennessee, Inc. and against the Plaintiff, Reagan Pharmacy, Inc.

Costs are taxed against the Plaintiff.

Done this 5th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE